*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

*In re* PEDERSON, Minors.

FOR PUBLICATION
February 13, 2020

No. 349881
Presque Isle Circuit Court
Family Division
LC No. 17-000007-NA

Before: CAMERON, P.J., and SHAPIRO and SWARTZLE, JJ.

SHAPIRO, J. (*concurring*).

I concur in the majority opinion. The issue before us is whether, before pleading to several allegations in the petition, respondents were advised that their pleas could be used as evidence at a later termination proceeding. The evidence supporting termination was overwhelming and the fact of their pleas were of little, if any, significance to the outcome. In such a circumstance, I believe that the error was harmless.

/s/ Douglas B. Shapiro